The Honorable Robert S. Lasnik

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BUSINESS BANK, a Washington corporation,<br><br>        Plaintiff,<br><br>        v.<br><br>P/C SUNSET CHASER, Official Number 923301, her engines, tackle, apparel, furniture and equipment, *In Rem*, and BELA PATAKY and CANDACE PATAKY, his wife, and their marital community, *In Personam*,<br><br>        Defendants. | IN ADMIRALTY<br><br>NO. C09-1606RSL<br><br>DEFAULT JUDGMENT *IN REM*, JUDGMENT FORECLOSING PREFERRED MARINE MORTGAGE AND ORDER OF SALE |

THIS MATTER having come on regularly upon the motion of plaintiff, and the Court, having considered the records and files herein, the affidavit of counsel submitted with the motion, the subsequently-filed affidavit of counsel and its attachment that set forth the contents of the publication of notice of action and arrest, and an Order of Default having been entered, now makes the following findings:

Default Judgment *In Rem*, Judgment Foreclosing
Preferred Marine Mortgage and Order of Sale - 1

1. Plaintiff is entitled to a Default Judgment against the defendant vessel, no statement of right or interest having been filed;

2. Plaintiff's claim under its preferred marine mortgage is superior to that of any other claimant; and

3. Plaintiff has satisfied the notice requirements of LAR 125 and LAR 130(a).

NOW THEREFORE, IT IS

ORDERED that the preferred marine mortgage on the P/C SUNSET CHASER, Official Number 923301, her engines, tackle, apparel, furniture and equipment, in favor of Business Bank is foreclosed; and it is further

ORDERED that Business Bank shall have judgment against the P/C SUNSET CHASER, Official Number 923301, her engines, tackle, apparel, furniture and equipment *In Rem* for $171,356.05, plus interest at the rate of $84.50 per day from November 3, 2009 through the date of entry of this judgment, plus attorneys' fees and costs and administrative expenses as subsequently approved by the Court; and it is further

ORDERED that the judgment granted shall bear interest at the federal rate from the date of granting of this judgment until paid; and it is further

ORDERED that the U. S. Marshal shall, pursuant to the rules of the United States District Court for the Western District of Washington, cause the P/C SUNSET CHASER, Official Number 923301, her engines, tackle, apparel, furniture and equipment, to be condemned and sold at public auction to the highest and best bidder, the sale to be held alongside the vessel on a date and at a time satisfactory to the U. S. Marshal to be determined after entry of this Order; and it is further

ORDERED that at such sale, Business Bank, plaintiff, is authorized to

bid in any part of the judgment and accrued interest here awarded without cash deposit, and that, in the event the bid of Business Bank, plaintiff, is the highest and best bid, the amount of such bid shall be credited on the judgment here awarded; and it is further

ORDERED that the U. S. Marshal shall deposit the proceeds of the sale, if any, in the Registry of the Court and the Clerk shall, after having paid all costs and administrative expenses as approved by subsequent Order, pay to Business Bank, plaintiff, so much of the balance remaining as is necessary to satisfy the judgment here awarded, and the clerk shall retain the remainder of the proceeds, if any, in the Registry of the Court subject to further Order.

DATED this 22nd day of February, 2010.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge