1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BUSINESS BANK,

          Plaintiff,

    v.

P/C SUNSET CHASER, *et al.*,

          Defendants.

Case No.  C9-1606RSL

ORDER DENYING MOTION
FOR JUDGMENT *IN PERSONAM*
ON THE PLEADINGS

      This matter comes before the Court on plaintiff's motion for judgment *in personam* on the pleadings against the individual defendants in this case.  Plaintiff has shown that it is entitled to a judgment on the pleadings based on defendants' failure to contest the factual allegations in the complaint.  Indeed, they concede that they did not comply with their obligations.  Answer, (Dkt. #13) at p. 2 (noting that defendants "were unable to meet the terms of the Note and Mortgage due to a significant change in income due to job layoff.").  Nor have they responded to this motion, which the Court construes as a concession that the motion has merit pursuant to Local Rule 7.

      However, the judgment that plaintiff seeks is unwarranted.  Plaintiff seeks the entry of a judgment now, then it plans to file a motion in which it "will request that the judgment amount be increased by the approved administrative expenses and attorneys' fees and costs and

ORDER DENYING MOTION FOR JUDGMENT
*IN PERSONAM* ON THE PLEADINGS - 1

decreased by the net amount realized by Business Bank after the boat was sold."  Affidavit of Counsel, (Dkt. #28) at p. 2.  Plaintiff has already sold the vessel, and it has not explained why it cannot calculate the relevant amounts now.  Moreover, it has not cited any authority in support of entering what would essentially be a placeholder judgment.  To the contrary, the applicable Court rules contemplate the entry of a final judgment.  See, e.g., Federal Rule of Civil Procedure 60.  The circumstances under which a judgment may later be altered are finite and do not contemplate the circumstances here.

For the foregoing reasons, plaintiff's motion (Dkt. #27) is DENIED.  Plaintiff may move again to request a final judgment.


DATED this 21st day of July, 2010.



*MN S Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION FOR JUDGMENT
*IN PERSONAM* ON THE PLEADINGS - 2